

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2017

No. 04-16-00620-CV

Kathy **WELCH**,
Appellant

v.

Gerardo Javier **ALONSO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04591
Honorable Karen Crouch, Judge Presiding

# O R D E R

Appellant Kathy Welch filed a letter brief on January 18, 2017. However, the brief is materially deficient because:

(1) the brief does not identify any issues or points presented for review; these must be based on errors allegedly committed by the trial court, entitling Welch to reversal. *See* TEX. R. APP. P. 38.1(f);

(2) the brief does not contain any citations to the record in support of the facts asserted. *See id.* R. 38.1(d), (g), (i); and

(3) the brief does not contain any citations to or discussion of any authority in support of the arguments made. *See* 38.1 38.1(i).

Appellant is advised that as a pro se litigant, she must comply with all applicable procedural rules, and is held to the same standards as a licensed attorney. *Paselk v. Rabun*, 293 S.W.3d 600, 611 (Tex. App.—Texarkana 2009, pet. denied); *Sweed v. City of El Paso*, 346 S.W.3d 679, 680 (Tex. App.—El Paso 2009, pet. denied). A pro se litigant is required to properly present her case on appeal. *Sweed*, 346 S.W.3d at 680.

We **order** Welch to file an amended brief that corrects these deficiencies by **February 8, 2017**. *See* TEX. R. APP. P. 38.9. If the amended brief does not comply with this order and correct the deficiencies listed above, we "may strike the brief, prohibit [appellant] from filing another,

and proceed as if [appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss appeal if appellant fails to timely file brief).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2017.

Keith E. Hottle
Clerk of Court